COMMONWEALTH *vs.* WILLIAM MARTIN.

Essex.    November 7, 1894. — November 28, 1894.

Present: FIELD, C. J., ALLEN, KNOWLTON, & BARKER, JJ.

*Intoxicating Liquors — Evidence sufficient to justify a Verdict of Guilty.*

On a complaint for keeping intoxicating liquors with intent unlawfully to sell the same, the fact that there were in the defendant's carpenter shop certain bottles of lager beer, both full and empty, a jug full of whiskey and another only partly full, a tunnel, a corkscrew, and three bottles all smelling of whiskey, together with the way in which the articles were placed in the shop, is sufficient to justify a verdict of guilty.

COMPLAINT, for unlawfully keeping for sale intoxicating liquors with intent to sell the same unlawfully, on January 14, 1894.

At the trial in the Superior Court, before *Lilley,* J., the jury returned a verdict of guilty; and the defendant alleged exceptions.

*D. W. Quill,* for the defendant.

*W. H. Moody,* District Attorney, for the Commonwealth.

BARKER, J. The case needs no discussion. The fact that there were in the defendant's carpenter shop thirty-seven bottles of lager beer, seventy-three empty lager beer bottles, a four-gallon jug full of whiskey, another four-gallon jug containing about a quart of the same liquor, a tunnel, a corkscrew, and three bottles known as "smugglers" all smelling of whiskey, with the way in which these articles were placed in the shop, justified the verdict of guilty.*          *Exceptions overruled.*

---

* The thirty-seven bottles of lager beer were found in a dry-goods box and in a leather bag, those in the dry-goods box being in straw. The four-gallon jug which was full of whiskey was sealed with sealing wax, and stamped upon the sealing wax was the name "Munroe & Co., 72 Broad St., Boston"; the partly empty jug was under a bench, covered with paper, and near the jugs were two tags, on one side of which was written the defendant's name, and on the other side was printed "Munroe & Co., 72 Broad St., Boston." The tunnel, corkscrew, and three bottles known as "smugglers" were found in various places in the room.